**Order filed December 6, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01004-CV

_____

**CONOCOPHILLIPS COMPANY F/K/A PHILLIPS PETROLEUM COMPANY, DCP MIDSTREAM, LP F/K/A GMP GAS CORPORATION, CONOCOPHILLIPS GAS COMPANY F/K/A PHILLIPS GAS COMPANY, AND DCP MISTREAM MARKETING, LLC F/K/A GPM GAS TRADING COMPANY, Relator**

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
268th District Court
Fort Bend County, Texas
Trial Court Cause No. 09-DCV-107968**

---

# O R D E R

Relator filed a petition for writ of mandamus in this court on November 21, 2011. Also pending in this court is a related interlocutory appeal, No. 14-11-00944-CV. Relator notes the potential for consolidation of the mandamus with the pending interlocutory appeal, but does not specifically request consolidation.

The court requests the parties to advise this court in writing within seven (7) days of their respective positions on whether the mandamus proceedings begun on November 21, 2011, and pending in this court under cause number 14-11-01004-CV, should be

consolidated with the interlocutory appeal pending in this court under cause number 14-11-00944-CV.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.